(Official Form 1) (9/97)

FORM B1 **United States Bankruptcy Court** | **Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle): <br> Senior Cottage Management, LLC | **Name of Joint Debtor** (Spouse) (Last, First, Middle): <br> 00-32011 |
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all): <br> (Fed - 41-1815241) (State 312-0929) | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): <br> 10500 Bren Road, #200 <br> Minnetonka, MN  55343 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: Hennepin | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|---|
| [ ] Individual(s) | [ ] Railroad | [ ] Chapter 7   [X] Chapter 11   [ ] Chapter 13 |
| [X] Corporation | [ ] Stockbroker | [ ] Chapter 9   [ ] Chapter 12 |
| [ ] Partnership | [ ] Commodity Broker | [ ] Sec. 304 - Case ancillary to foreign proceeding |
| [ ] Other | | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| [ ] Consumer/Non-Business   [X] Business | [ ] Full Filing Fee attached <br> [ ] Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Chapter 11 Small Business** (Check all boxes that apply)
[ ] Debtor is a small business as defined in 11 U.S.C. § 101
[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)    116259
[ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [ ] | [X] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

THIS SPACE IS FOR COURT USE ONLY

PETITION FILED
ORDER FOR RELIEF
Patrick G. De Wane, Clerk
U.S. Bankruptcy Court
District of Minnesota

Date   MAY 0 2 2000
Time   11:00

JUDGE KISHEL
By [signature]
Deputy Clerk

BKY 00-32011

(Official Form 1) (9/97)                                                                                    FORM B1, Page 2

## Voluntary Petition
*(This page must be completed and filed in every case)*

**Name of Debtor(s):** Senior Cottages of America, LLC

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

X _/s/_ _____
Signature of Attorney for Debtor(s)

Robert C. Black III
Printed Name of Attorney for Debtor(s)

_____
Firm Name

~~7400 Metro Blvd #190, Edina, MN 55439~~
Address

612-831-7454
Telephone Number

5-1-00
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ Murray R. Klane_
Signature of Authorized Individual

Murray R. Klane
Printed Name of Authorized Individual

Manager
Title of Authorized Individual

5-1-00
Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)        Date

# United States Bankruptcy Court
## District of Minnesota

In re ____Senior Cottage Management, LLC____  Debtor

Case No. _____

Chapter __11__

## Exhibit "A" to the Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __n/a__

2. The following financial data is the latest available information and refers to debtor's condition on __May 1, 2000__

   a. Total assets                                             $ __0__

   b. Total debts (including debts listed in 2.c., below)      $ __385,160__                    Approximate number of holders

   c. Debt securities held by more than 500 holders.

   | secured / / | unsecured / / | subordinated / / | $ _____ | _____ |
   | secured / / | unsecured / / | subordinated / / | $ _____ | _____ |
   | secured / / | unsecured / / | subordinated / / | $ _____ | _____ |
   | secured / / | unsecured / / | subordinated / / | $ _____ | _____ |
   | secured / / | unsecured / / | subordinated / / | $ _____ | _____ |

   d. Number of shares of preferred stock      __0__

   e. Number of shares of common stock         __0__

   Comments, if any:
   Membership interest owned by Murray Klane and Roger Peterson and

3. Brief description of debtor's business:
   Mangaging Member for Senior Cottages of America, LLC

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

   Murray Klane
   Roger Peterson

Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Senior Cottages Management, LLC

Chapter 11 Bankruptcy

Debtor,

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Murray R. Klane, declare under penalty of perjury that I am a Manager of Senior Cottages Management, LLC ("SCM") and that on May 1, 2000, the following resolution was duly adopted by the Board of Governors.

"Whereas, it is in the best interest of SCM to file a voluntary petition in the United States Bankruptcy Court for the District of Minnesota pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Murray R. Klane or all other Managers of SCM are authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of SCM; and

Be It Further Resolved, that Murray R. Klane and all other managers of SCM are authorized and directed to appear in all bankruptcy proceedings on behalf of SCM, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of SCM in connection with such bankruptcy case; and

Be It Further Resolved, that Murray R. Klane of SCM is authorized and directed to employ Robert C. Black, III, attorney, to represent SCM in such bankruptcy case."

Dated: May 1, 2000

Murray R. Klane

In re  Senior Cottage Management, LLC  ,  Case No. _____
           Debtor

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Michael O'Brien<br>886 Marie Ave<br>St. Paul, MN 55118 | Michael O'Brien<br>886 Marie Ave<br>St. Paul, MN 55118<br>(651)688-7266 | Private Loan | | |
| | | | | |
| | | | | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the  Manager  of the  LLC  named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date  5-1-2000                  Signature _____
                                          Murray R. Klane, Manager

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

SENIOR COTTAGE MANAGEMENT, LLC
10500 BREN ROAD EAST, #200
MINNETONKA, MN 55343


ROBERT C. BLACK III
7400 METRO BLVD #190
EDINA, MN 55489


MICHAEL O'BRIEN
886 MARIE AVE
ST. PAUL, MN 55118