IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re: | ) | |
| MILLENNIUM PROPERTIES LLC, | ) | Bankruptcy Case No. 00-32002 |
| | ) | Chapter 11 |
| Debtor. | ) | |
| In re: | ) | |
| SENIOR COTTAGES OF AMERICA, LLC, | ) | Bankruptcy Case No. 00-32012 |
| | ) | Chapter 11 |
| Debtor. | ) | |
| In re: | ) | |
| SENIOR COTTAGE MANAGEMENT, LLC, | ) | Bankruptcy Case No. 00-32011 |
| | ) | Chapter 11 |
| In re: | ) | |
| SALISBURY COTTAGE DEVELOPMENT, LLC, | ) | Bankruptcy Case No. 00-32008 |
| | ) | Chapter 11 |
| Debtor. | ) | |
| In re: | ) | |
| MURRAY R. KLANE, | ) | Bankruptcy Case No. 00-32486 |
| | ) | Chapter 11 |
| Debtor. | ) | |

**STATEMENT OF POSITION OF GUILFORD CAPITAL
CORPORATION IN SUPPORT OF U.S. TRUSTEE'S MOTION TO CONVERT**

Guilford Capital Corporation and its affiliates Guilford Tax Credit Acquisition Fund,

Ltd., Guilford CF, LLC, and Guilford Realty Corporation (collectively, "Guilford"), creditor and



party in interest in the above-styled bankruptcy cases, and files this its Statement of Position as follows:

1. On May 2, 2000, each of Millennium Properties, LLC ("Millennium"), Senior Cottages of America, LLC ("Senior Cottages"), Senior Cottage Management, LLC ("Senior Management") and Salisbury Cottage Development, LLC ("Salisbury") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Minnesota (the "Bankruptcy Court"). On May 31, 2000, Murray R. Klane ("Klane") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court. Millennium, Senior Cottages, Senior Management, Salisbury and Klane are hereinafter collectively referred to as the "Debtors."

2. On June 26, 2000, the United States Trustee filed its Motion to Dismiss or Convert (the "Conversion Motion") in the Debtors' bankruptcy cases. For the reasons stated in the Conversion Motion, Guilford believes that conversion of the Debtors' bankruptcy cases from chapter 11 to chapter 7 is in the best interest of all creditors and the bankruptcy estates.

3. On June 16, 2000, DKM II, Inc. filed a Motion to Appoint Trustee (the "Trustee Motion"), requesting the Bankruptcy Court to appoint a chapter 11 trustee in each of the Debtors' bankruptcy cases. Based upon the grounds alleged in the Trustee Motion, good cause exists for the Bankruptcy Court to appoint a chapter 11 trustee in the Debtors' bankruptcy cases. If the Bankruptcy Court does not grant the Conversion Motion, Guilford supports the relief requested in the Trustee Motion.

2

DATED: July 12, 2000           FABYANSKE, WESTRA & HART, P.A.

By: *Paul L. Ratelle*
Paul L. Ratelle (#127632)
920 Second Avenue South
Suite 1100
Minneapolis, MN 55402
(612) 338-0115

-and-

Sherri Tucker Freeman
BRADLEY ARANT ROSE & WHITE LLP
2001 Park Place, Suite 1400
Birmingham, Alabama 35203-2736
(205) 521-8000

ATTORNEYS FOR GUILFORD CAPITAL CORPORATION AND ITS AFFILIATES

3

# FABYANSKE, WESTRA & HART
## A PROFESSIONAL ASSOCIATION

B C HART
M T FABYANSKE
MARK W WESTRA
JEREMIAH J KEARNEY
DENNIS J TROOIEN
SCOTT LLOYD ANDERSON
PAUL L RATELLE
GREGORY T SPALJ
DEAN B THOMSON
GARY C EIDSON
KYLE F HART
JUDITH E KROW
STEPHEN A MELCHER
RICHARD G JENSEN
THOMAS I TUCCI

CHARLES G CARPENTER III
PATRICK W NOAKER
JOCELYN L KNOLL
STEVEN C COX
JULIE A DOHERTY
JAYNE E GARDNER
AARON A DEAN
ARLENE D ANDERSON
DAVID A MEYER
TIEN T CAI
DANIEL J MCGARRY
FREDERICK H LADNER
DERECK R BROWER
TOWLE H NEU

SUITE 1100

920 SECOND AVENUE SOUTH

MINNEAPOLIS, MINNESOTA 55402

TELEPHONE 612-338-0115

TELECOPIER 612-338-3857

July 13, 2000

Clerk of United States Bankruptcy Court
District of Minnesota
United States Courthouse
300 South 4th St., Suite 301
Minneapolis, MN 55415

    Re:    **Millennium Properties LLC, Debtor; Bky Case No. 00-32002**
                **Senior Cottages of America, LLC, Debtor; Bky Case No. 00-32012**
                **Senior Cottage Management, LLC, Debtor; Bky Case No. 00-32011**
                **Salisbury Cottage Development, LLC, Debtor; Bky Case No. 00-32008**
                **Murray R. Klane, Debtor; Bky Case No. 00-32486**

Dear Sir or Madam:

    Enclosed for filing please find Statement of Position of Guilford Capital Corporation in Support of U.S. Trustee's Motion to Convert in regard to each of the above-captioned matters.

    By copy of this letter to the parties on the attached Exhibit A, I am serving a copy of the enclosed Statement on each of them.

Very truly yours,

*Paul L. Ratelle*
Paul L. Ratelle

PLR:smh
Enclosures
cc:    Parties listed on Exhibit A

N:\PLR\9890.wpd

# EXHIBIT A

Millennium Properties LLC
10500 Bren Road, Suite 200
Hopkins, MN 55343

Salisbury Cottage Development LLC
10500 Bren Road, No. 200
Minnetonka, MN 55343

Senior Cottages of America LLC
10500 Bren Road, Suite 200
Minnetonka, MN 55343

Senior Cottage Management LLC
10500 Bren Road, Suite 200
Minnetonka, MN 55343

Murray R. Klane
10008 Cedar Lake Road
Minnetonka, MN 55305

Robert C. Black, III
Black Law Office
7400 Metro Boulevard, Suite 190
Edina, MN 55439

Daniel C. Beck, Esq.
Jonathan W.J. Armour, Esq.
Winthrop & Weinstine, P.A.
3200 Minnesota World Trade Center
30 East Seventh Street
St. Paul, MN 55101

Barbara G. Stuart
United States Attorney, Region 12
c/o Michael R. Fadlovich
U.S. Attorney's Office
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Thomas M. Hanahan, Esq.
Wooden & McLaughlin LLP
201 North Illinois Street, Suite 1600
Indianapolis, Indiana 46204

William R. Skolnick, Esq.
Peter E. Hintz, Esq.
Skolnick & Associates, P.A.
4408 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Kathleen H. Sanberg, Esq.
Ted Riley Cheesebrough, Esq.
Faegre & Benson LLP
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-3901

Mark G. Ohnstad, Esq.
Thomas R. Kelley, Esq.
Thomsen & Nybeck, P.A.
Edinborough Corporate Center East
Suite 600, 3300 Edinborough Way
Edina, MN 55435

David J. Van House, Esq.
Derrick N. Weber, Esq.
Van House & Associates, P.A.
5200 Willson Road, Suite 407
Edina, MN 55424

John R. Stoebner, Esq.
Lapp Laurie Libra Abramson & Thompson
120 South 6th Street, Suite 2500
Minneapolis, MN 55402

1

Michael J. Orme, Esq.
Orme & Associates, Ltd.
3150 Neil Armstrong Boulevard, #203
Eagan, MN 55121

Matthew R. Burton, Esq.
Leonard, O'Brien, Wilford,
   Spencer & Gale, Ltd.
100 South Fifth Street, Suite 1200
Minneapolis, MN 55402

Katherine A. Constantine, Esq.
Monica L. Clark, Esq.
Dorsey & Whitney LLP
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402

Charles B. Faegre, Esq.
5353 Gamble Drive, Suite 106
Minneapolis, MN 55416