UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

| | |
|---|---|
| Millennium Properties, LLC | Bky. No. 00-32002-GFK |
| Greenville Cottage Development, LLC | Bky. No. 00-32003-GFK |
| Anderson Cottage Development, LLC | Bky. No. 00-32004-GFK |
| Norman Cottages Development, LLC | Bky. No. 00-32005-GFK |
| Topeka Cottage Development, LLC | Bky. No. 00-32007-GFK |
| Salisbury Cottage Development, LLC | Bky. No. 00-32008-GFK |
| Senior Cottage Management, LLC | Bky. No. 00-32011-GFK |
| Senior Cottages of America, LLC | Bky. No. 00-32012-GFK |

Debtors.

### NOTICE OF CONTINUED HEARING ON MOTION AND SALE

To: *Parties in Interest under Local Rule 2002 and to those parties interested in acquiring the Debtors' interest in the above-captioned bankruptcy estates.*

### NOTICE OF CONTINUED HEARING

**PLEASE TAKE NOTICE** that on Tuesday, November 28, 2000 at 2:00 p.m., before the Honorable Gregory F. Kishel, in Courtroom No. 228B, United States Courthouse, 316 North Robert Street, St. Paul, Minnesota, Timothy D. Moratzka, the Chapter 7 Trustee (the "Trustee") for Millennium Properties, LLC, the above-captioned debtor (the "Debtor"), will move the Court for entry of an order pursuant to Section 363 and 365 of Title 11 of the United States Code (the "Bankruptcy Code") authorizing the sale of estates' interest in the assets listed below

    Senior Cottages of Greenville, LP
    Cottages of Frankfort LTD
    Frankfort Cottage Development, LLC
    Senior Cottage of Glenarden, LP
    Glenarden Cottage Development, LLC
    Senior Cottages of Greenville, LP
    Greenville Cottage Development, LLC
    Senior Cottages of Shippensburg LTD
    Shippensburg Cottage Development, LLC
    Prairie Senior Cottages of Henderson, LLC
    Prairie Senior Cottages of Willmar, LLC
    Prairie Senior Cottages of New Ulm, LLC
    Cottages of Henderson, Ltd
    Henderson Cottage Development, LLC
    Senior Cottage Management, LLC
    Senior Cottages of America, LLC



1

Any offers and/or objections to this motion must be filed and delivered not later than 2:00 p.m. on Wednesday, November 22, 2000, which is 3 days on the last business day before the time set for the hearing. *The parties and/or their counsel on the attached "Special Short List" must be served with any offers and/or objections to this Notice.* **IF NO OFFERS OR AND/OR OBJECTIONS TO THIS MOTION ARE TIMELY FILED, THE COURT MAY GRANT THE MOTION BY DEFAULT AND WITHOUT A HEARING. THE TRUSTEE RESERVES THE RIGHT TO REFUSE BIDS AND WITHDRAW THIS MOTION.**

DO NOT CONTACT THE CLERK'S OFFICE OR THE OFFICE OF THE UNITED STATES TRUSTEE FOR INFORMATION ABOUT OFFERS.

*THE TRUSTEE WILL BE AVAILABLE FOR CONFERENCE PRIOR TO THE HEARING, IN ROOM 228c, DIRECTLY OUTSIDE OF THE COURTROOM ON NOVEMBER 28, 2000 FROM 1:00 P.M. TO 2:00 P.M. The purpose of the conference is to attempt to deal with any objections or bids prior to the hearing as the Court will not conduct an auction.*

Dated: 11/7/00

MACKALL, CROUNSE & MOORE, PLC

By *[signature]*
Timothy D. Moratzka
Attorney No. 75036
Attorneys for Trustee
1400 AT&T Tower
Minneapolis, MN 55402
Ph. (612) 305-1456

TDM/ldj/578857.1

TDM/ldj/578857.1

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

| | |
|---|---|
| Millennium Properties, LLC | Bky. No. 00-32002-GFK |
| Greenville Cottage Development, LLC | Bky. No. 00-32003-GFK |
| Anderson Cottage Development, LLC | Bky. No. 00-32004-GFK |
| Norman Cottages Development, LLC | Bky. No. 00-32005-GFK |
| Topeka Cottage Development, LLC | Bky. No. 00-32007-GFK |
| Salisbury Cottage Development, LLC | Bky. No. 00-32008-GFK |
| Senior Cottage Management, LLC | Bky. No. 00-32011-GFK |
| Senior Cottages of America, LLC | Bky. No. 00-32012-GFK |

Debtors.

### "SPECIAL SHORT LIST"

| | |
|---|---|
| Kathleen H. Sandburg<br>Ted Cheesborough<br>Faegre & Benson, LLP<br>2200 Norwest Center<br>90 south Seventh Street<br>Minneapolis, MN 55402<br>Fax: (612) 336-3026 | Jeanette Cotting<br>Stoel Rives LLP<br>900 SW Fifth Avenue<br>Suite 2600<br>Portland, OR<br>Fax: (503) 220-2480 |
| Paul L. Ratelle<br>Fabyanske, Westra & Hart, P.A.<br>Suite 1100<br>920 Second Avenue South<br>Minneapolis, MN 55402<br>Fax: (612) 338-3857 | William Wassweiler<br>Rider Bennett Egan & Arundel<br>2000 Metropolitan Centre<br>333 South 7th Street<br>Minneapolis, MN 55402<br>Fax: (612) 340-7900 |
| Thomas J. Flynn<br>Larkin, Hoffman, Daly & Lindgren, Ltd.<br>1500 Wells Fargo Plaza<br>7900 Xerxes Avenue South<br>Bloomington, MN 55431<br>Fax: (612) 896-1537 | Clint Cutler<br>1100 International Centre<br>900 Second Avenue South<br>Minneapolis, MN 55402<br>Fax: (612) 347-7077 |
| | |

| | |
|---|---|
| William Kampf<br>Kampf & Associates, PA<br>821 Marquette Avenue<br>Suite 901<br>Minneapolis, MN  55402<br>(612)339-0273 | Michael O'Brien<br>C/o Michael Meyer<br>Ravich, Meyer, Kirkman, et al.<br>4545 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN  55402<br>(612)332-8302 |
| Curt Laughinghouse<br>281 Norman Ridge Drive<br>Bloomington, MN 55437<br>Fax:  None listed | Michael J. Demmer<br>Prairie Senior Cottages, LLC<br>10500 Bren Road<br>Second Floor<br>Minnetonka, MN  55343<br>(952)352-9914 |
| Office of the United States Trustee<br>1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN  55415<br>(612)664-5516 | Michael Appleman<br>600 University Avenue SE<br>Minneapolis, MN  55414<br>(612)331-8654 |
| Harry Kelly<br>Nixon & Peabody, LLP<br>Suite 900<br>401 9th Street NW<br>Washington, DC  20004-2128<br>(202)585-8080 | John Ahern<br>C/o James Rubenstein<br>4800 Norwest Center<br>90 South Seventh Street<br>Minneapoli, MN  55402<br>(612)339-6686s |

LDJ/ldj/578810.1



Law Offices
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402-2859
Telephone: (612) 305-1400
Facsimile: (612) 305-1414

MACKALL CROUNSE & MOORE, PLC
www.mcmlaw.com

Lorraine D. Jacobson
Paralegal
(612)305-1502
ldjmlaw.com

November 7, 2000

Clerk of U. S. Bankruptcy Court
U.S. Bankruptcy Court
200 U.S. Courthouse
316 North Robert Street
St. Paul, MN 55101

Re:  Millennium Properties, LLC,                Bankruptcy No. 00-32002-GFK
     Greenville Cottage Development, LLC        Bankruptcy No. 00-32003-GFK
     Anderson Cottage Development, LLC          Bankruptcy No. 00-32004-GFK
     Norman Cottage Development, LLC            Bankruptcy No. 00-32005-GFK
     Topeka Cottage Development, LLC            Bankruptcy No. 00-32007-GFK
     Salisbury Cottage Development, LLC         Bankruptcy No. 00-32008-GFK
     Senior Cottage Management, LLC             Bankruptcy No. 00-32011-GFK
     Senior Cottages of America, LLC            Bankruptcy No. 00-32012-GFK

Dear Clerk:

Enclosed please find a proposed Order Preserving Assets and a Notice of Continued Hearing on the Motion and Sale in the above referenced matters. Please forward the order to the Judge for his review and signature. Please note that the continued hearing has been scheduled for November 28, 2000 at 2:00 p.m.

If you should have any questions, please call me.

Very truly yours,

MACKALL, CROUNSE & MOORE, PLC

By /s/ Lorraine D. Jacobson
Lorraine D. Jacobson

LDJ/ldj/578898.1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

| | |
|---|---|
| | Chapter 7 |
| Millennium Properties, LLC | Bky. No. 00-32002-GFK |
| Greenville Cottage Development, LLC | Bky. No. 00-32003-GFK |
| Anderson Cottage Development, LLC | Bky. No. 00-32004-GFK |
| Norman Cottages Development, LLC | Bky. No. 00-32005-GFK |
| Topeka Cottage Development, LLC | Bky. No. 00-32007-GFK |
| Salisbury Cottage Development, LLC | Bky. No. 00-32008-GFK |
| Senior Cottage Management, LLC | Bky. No. 00-32011-GFK |
| Senior Cottages of America, LLC | Bky. No. 00-32012-GFK |

Debtor.

ORDER PRESERVING ASSETS

The above-entitled matter came before the Court for hearing on November 6, 2000, on the properly and duly noticed motion of Timothy D. Moratzka, Trustee for the above-referenced Debtor, to sell certain property of the Estate.

Appearances were noted in the Court's record. A lengthy notice and bid process resulted in certain sales of less than all of estates' interests. Based upon the motion of Trustee to pursue non-conforming bids and the record before the Court, the proceedings, the statements of counsel, and all of the files and records herein, the Court makes the following ORDER:

1. The estate's interest in the following entities is preserved and not sold:

    Senior Cottages of Greenville, LP
    Cottages of Frankfort LTD
    Frankfort Cottage Development, LLC
    Senior Cottage of Glenarden, LP
    Glenarden Cottage Development, LLC
    Senior Cottages of Greenville, LP

     Greenville Cottage Development, LLC
     Senior Cottages of Shippensburg LTD
     Shippensburg Cottage Development, LLC
     Prairie Senior Cottages of Henderson, LLC
     Prairie Senior Cottages of Willmar, LLC
     Prairie Senior Cottages of New Ulm, LLC
     Cottages of Henderson, Ltd
     Henderson Cottage Development, LLC
     Senior Cottage Management, LLC
     Senior Cottages of America, LLC
     All other interests not sold by specific order.

2. This Court shall conduct a continued hearing on November 28, 2000, at 2:00 p.m. to approve any sales of the estate's preserved interest in the entities listed herein pursuant to the pending motion of Trustee on file.

3. Any objections of record are preserved for the continued hearing.

4. Trustee shall provide limited notice of the continued hearing to those parties appearing of record in the sale process before the Court.

DATED:_____

                 _____
                 Gregory F. Kishel
                 United States Bankruptcy Judge

TDM/ldj/578806.1